AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

SHELLY C. WINGATE

*Plaintiff(s)*

v.

ACCOUNT RESOLUTION SERVICES, LLC

*Defendant(s)*

Civil Action No. 0:20-cv-62658-RAR

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Account Resolution Services, LLC
1643 Harrison Parkway, Suite 100, Building H
Sunrise, Florida 33323

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Alexander J. Taylor, Esq.
Sulaiman Law Group, Ltd
2500 S Highland Ave, Suite 200
Lombard, IL 60148

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date: Dec 28, 2020

Angela E. Noble
Clerk of Court

s/ P. Curtis
Deputy Clerk
U.S. District Courts

SERVED

# VERIFIED RETURN OF SERVICE

Job # 2021000331

**Client Info:**

Alexander J. Taylor, Esq.
Sulaiman Law Group, Ltd
2500 S Highland Ave, Suite 200
Lombard, IL 60148

**Case Info:**

| | |
|---|---|
| **PLAINTIFF:** SHELLY C. WINGATE  -versus- **DEFENDANT:** ACCOUNT RESOLUTION SERVICES, LLC, | DISTRICT COURT  Court Case # **0:20-cv-62658-RAR** |

**Service Info:**

Date Received by Accurate Serve: 1/15/2021 at **01:17 PM**
Service: I Served **ACCOUNT RESOLUTION SERVICES, LLC,**
With: **SUMMONS IN A CIVIL ACTION, COMPLAINT**
by leaving with **Patrick Brennan, EMPLOYEE-AUTHORIZED TO ACCEPT**

At Business 1643 HARRISON PARKWAY SUITE 100, BUILDING H SUNRISE, FL 33323

Latitude: **26.142136**
Longitude: **-80.330714**

On **1/21/2021** at **04:30 PM**
**Manner of Service: CORPORATE**
CORPORATE SERVICE: F.S. 48.081 (1)(a)(b)(c)(d), (2) or (3)

I **Joshua Wright** acknowledge that I am authorized to serve process, in good standing in the jurisdiction wherein the process was served and I have no interest in the above action. Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true.

*[signature]*

**Joshua Wright**
Lic # **1548**

**Accurate Serve of Plantation**
151 North Nob Hill Road #254
Plantation, FL 33324
Phone: (954) 770-9997

Our Job # **2021000331**




1 of 1