**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 0:20-cv-62658-RAR

**SHELLY C. WINGATE**,

    Plaintiff,

v.

**ACCOUNT RESOLUTION SERVICES, LLC,**

    Defendant.

_____/

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that **Capri Trigo, Esq.** of Gordon Rees Scully Mansukhani, LLP hereby notifies this Court and all interested parties of her appearance as Counsel of Record for Defendant **ACCOUNT RESOLUTION SERVICES, LLC.**

The undersigned hereby designates her primary and secondary email addresses and requests that copies of all orders, pleadings and other documents filed and served in this matter be served on her at the primary and secondary email addresses listed below.

|   |   |
|---|---|
| Attorney: | **Capri Trigo** |
| Primary Email: | ctrigo@grsm.com |
| Secondary Email: | aruff@grsm.com |

Respectfully submitted this 11th day of February, 2021.

>/s/Capri Trigo_____
>Capri Trigo, Esq.
>ctrigo@grsm.com
>Florida Bar No. 28564
>**GORDON REES SCULLY MANSUKHANI**
>Miami Tower
>100 SE Second Street, Suite 3900
>Miami, FL  33131
>Telephone: (305) 428-5323
>Facsimile: (877) 644-6209
>***Counsel for Defendant***

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing document was served upon all counsel in this matter by electronically filing the same with the CM/ECF electronic filing system, on February 11, 2021 on all counsel or parties of record on the service list.

>*/s/ Capri Trigo*\_\_\_\_\_
>Capri Trigo

**SERVICE LIST**
Alexander J. Taylor, Esq.
Suliaman Law Group, Ltd.
2500 South Highland Avenue
Suite 200
Lombard, Illinois 60148
Telephone: (630) 575-8181
Email: ataylor@sulaimanlaw.com