UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-CV-62658-RAR

SHELLY C. WINGATE,

     Plaintiff,

v.

ACCOUNT RESOLUTION SERVICES, LLC,

     Defendant.

_____/

## ORDER OF DISMISSAL

**THIS CAUSE** comes before the Court upon the Plaintiff's Notice of Voluntary Dismissal ("Notice") [ECF No. 9]. The Court having reviewed the Notice, the record, and being otherwise fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that this case is **DISMISSED** *with prejudice*.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 17th day of February, 2021.

_____

**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record